AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED BY _____ D.C.

JAN 0 6 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

| United States of America | ) |
|---|---|
| v. | ) |
| KESNER JOASEUS, | ) Case No. 16-8006-DLB |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 2013 - July 2014  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft. |
| 18 U.S.C. § 1029(a)(2) | Access Device Fraud. |
| 18 U.S.C. § 1344 | Bank Fraud. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Wisneski, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-6-2016

_____
*Judge's signature*

City and state:  West Palm Beach, Florida  Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Joseph Wisneski, being duly sworn, depose and state:

1. Your affiant is a Postal Inspector employed with the United States Postal Inspection Service, and has been so employed since April 2007. I am currently assigned to the Dangerous Mail Investigations Team of the Miami Division, West Palm Beach Domicile. My current assignment is Mail Theft and my duties include the investigation of crimes against the U.S. Postal Service, Postal employees, and crimes furthered through the use of the U.S. Mail.

2. The information contained in this affidavit is known to me through personal observation as well as information provided to me by others in the course of my investigation, review of documents provided by financial institutions, training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit does not contain every fact known to me concerning this investigation. I have set forth the facts I believe establish a violation of Federal Law.

3. I submit this affidavit in support of a criminal complaint charging that from as early as January 2013 to July 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere Kesner JOASEUS has engaged in an identity theft scheme and bank fraud for the purpose of obtaining money by means of fraudulent credit card applications in violation of Title 18 United States Code, Sections 1028A (Aggravated Identity Theft), 1029(a)(2) (Access Device Fraud), and 1344 (Bank Fraud).

## TARGET

4. According to bank records, government records, and corporation records, I know Kesner JOASEUS engaged in a scheme by which he obtained Bremer Bank, a subsidiary of U.S. Bank, credit cards using the personal identifiers, including date of birth and social security number, of several victims. JOASEUS used the credit cards to purchase merchandise and withdraw cash at various locations in Palm Beach County and elsewhere. I know JOASEUS did not have permission from the victims to use their personal identifiers to open the credit cards.

5. According to bank records, I know JOASEUS opened a business checking account at SunTrust Bank in a victim's name and the business name Wealth Management Corporation of America. JOASEUS used the account to cash credit card convenience checks, make payments on the credit cards, and make check withdrawals.

1

## THE IDENTITY THEFT AND ACCESS DEVICE FRAUD

6. On January 18, 2013, Discover received a credit card application in the name RF, using RF's date of birth and social security number. A credit card was issued ending in 7545 and mailed to West Palm Beach, FL. In August 2013, a payment from this card was made to Premier Auto Finance in the amount of $1,863.17 and another payment for $1,103.72 was made from this account to Mercedes-Benz of Palm Beach.

7. A Bremer Bank credit card ending in 3632 was also opened in the name RF. Fraudulent charges appear on the account statements. In July 2013 payments were made to a school in the amount of $880.00 and to a doctor in the amount of $275.00.

8. On or about April 9, 2013, a bank account ending in 82851 was opened online with SunTrust in the name of JT, which was later determined to have been fraudulently opened without the knowledge or consent of the individual JT.

9. On March 18, 2013, Bremer Bank received a credit card application in the name MP, using MP's date of birth and social security number. A credit card was issued ending in 6048 and mailed to Lake Worth, FL. A balance transfer check dated April 30, 2013 was issued from this account for $17,264 payable to Wealth Management Corp and on May 6, 2013, the check was deposited into the SunTrust account ending in 82851. On May 24, 2013, a convenience check in the amount of $5,500 was deposited into the SunTrust account ending in 82851. On May 29, 2013, the card was used to make purchases from Credit Plus. Credit Plus is a mortgage information services company that provides credit reports and other financial information to lending companies. The card was used to purchase the credit report for LL and RW, and a credit card was later opened in the name of LL in this fraud scheme.

10. A Discover account ending in 9181 was also opened in the name of MP. Fraudulent charges appear on the account statements, including payments to Comcast and various schools.

11. On April 1, 2013, Bremer Bank received a credit card application in the name JT using JT's date of birth and social security number. A credit card ending in 0276 was issued and mailed to Boynton Beach, FL. On May 30, 2013 the card was used to purchase three credit reports from Credit Plus for JG, FH, and JOASEUS. A credit card was opened in the name of JG as part of this fraud scheme.

12. On April 17, 2013, Bremer Bank received a credit card application in the name HE using HE's date of birth and social security number. A credit card was issued ending in 7814 for Financial World Inc. and mailed to Boynton Beach, FL. On July 10, 2013, Bremer Bank received an additional credit card application in the name HE. A credit card was issued ending in 4383 and was mailed to Lantana, FL. On June 4, 2013 and July 30, 2013, payments to the account 7814 were received from the SunTrust account ending in 82851. The credit account 4383 was used to

2

purchase credit reports from Credit Plus for SI and MW and a credit card was later opened in the name of MW.

13. On May 1, 2013, Bremer Bank received a credit card application in the name KH, using KH's date of birth and social security number. A credit card was issued ending in 8668 and mailed to Boynton Beach, FL. On May 27, 2013, the card was used for a $6,000 down payment on a 2011 Mercedes with a VIN number ending in 07010. On June 6, 2013, the card was used to make an additional $5,000 deposit on the 2011 Mercedes. According to Florida Highway Safety and Motor Vehicles records, the Mercedes is registered to JOASEUS. On June 12, 13, and 24, 2013, seven credit reports were purchased from Credit Plus. The credit reports were for JF, JT, RF, KH, DM, HW, and JA. (JF, JT, RF, and KH have credit cards opened in their names in this fraud scheme.) On June 18, 2013 a phone payment was received for $12 from the SunTrust account ending in 82851.

14. On May 2, 2013, Bremer Bank received a credit card application in the name JH using JH's date of birth and social security number. An additional credit card application was received on June 26, 2013. Two credit cards ending in 6607 and 3608 were issued and mailed to addresses in Boynton Beach. The card ending in 6607 was used on July 29, 2013, to purchase credit reports from Credit Plus. The credit reports were for RM and RQ. Both RM and RQ have credit cards opened in the fraud scheme. The card ending 3608 was used on August 28, 2013 to purchase credit reports from Credit Plus. The credit reports were for CS and JK. Both CS and JK have credit cards opened in this fraud scheme. On September 22, 2013, a phone payment for $300 was made from the SunTrust account ending in 82851.

15. On June 11, 2013, Bremer Bank received two credit card applications in the name JG using JG's date of birth and social security number. A credit card ending in 4612 in the name JG was issued and mailed to Lake Worth, FL. An additional credit card ending in 2134 in the name Wealth Ins. Network was mailed to Boynton Beach, FL. The card ending in 2134 was used to purchase credit reports from Credit Plus for HE and JH, both of whom have credit cards opened in this fraud scheme.

16. On August 19, 2013, Bremer Bank received a credit card application in the name RC using RC's date of birth and social security number. A credit card ending in 5913 was issued and mailed to Boynton Beach, FL. On October 18, 2013, a phone payment for $64 was made from the SunTrust account ending in 82851.

17. On August 21, 2013, Bremer Bank received a credit card application in the name MW using MW's date of birth and social security number. A credit card ending in 7692 was issued and mailed to Lake Worth, FL. On September 10, 2013 the card was used to make a payment to Premier Auto Finance for $1,863.17. Premier Auto Finance is the lien holder on the 2011 Mercedes with a VIN number ending in 07010 and a 2010 Mercedes with a VIN number ending in 13135. According to Florida Highway Safety and Motor Vehicles, the 2010 Mercedes is registered to KESNER JOASEUS.

3

18. On August 30, 2013, Bremer Bank received a credit card application in the name JK using JK's date of birth and social security number. A credit card ending in 4027 was issued and mailed to Lake Worth, FL. On October 8, 2013 the card was used to make a payment of $2,517.32 to Premier Auto Finance. On October 22, 2013 the card was used at Mercedes Benz of West Palm Beach to pay $1,297.38 for service on the 2011 Mercedes. The invoice lists the name JOASEUS as the customer.

19. On April 22, 2014, Bremer Bank received a credit card application in the name KB using KB's date of birth and social security number. A credit card ending in 7243 was issued and mailed to Delray Beach, FL. On June 13, 2014 the card was used to make a payment for $1,560.79 to Premier Auto Finance.

20. On April 24, 2014, Bremer Bank received a credit card application in the name JP using JP's date of birth and social security number. A credit card ending in 5006 was issued and mailed to Boynton Beach, FL. On May 16, 2014 the card was used to make a payment of $1,560.79 to Premier Auto Finance.

## THE BANK FRAUD

21. As noted above, on April 9, 2013, a SunTrust business account ending in 82851 was opened for Wealth Management Corporation of America with JT as the president. The account was opened online. All of the transactions described below in paragraphs 22 through 29 involve this SunTrust account ending in 82851.

22. On May 2, 2013, a purchase check from Discover Card account 9181 for $4,000 was deposited into the account. Video stills obtained from SunTrust Bank show JOASEUS making the deposit.

23. On May 6, 2013, a convenience check from Bremer Bank credit card account 6048 for $17,264 was deposited into the account. Video stills obtained from SunTrust Bank show JOASEUS making the deposit.

24. On May 10, 2013, a check for $1,300 payable to KESNER JOASEUS was written.

25. On May 13, 2013, a check for $15,000 payable to ROSE JOASEUS was written. Video stills obtained from SunTrust Bank show JOASEUS cashing the check written on May 10, 2013.

26. On May 16, 2013, a purchase check from Discover Card account 9181 for $7,000 was written and check from the SunTrust account for $1,300 payable to KESNER JOASEUS was written. Video stills obtained from SunTrust Bank show JOASEUS cashing the $7,000 and $1,300 check written on May 17, 2013.

27. On May 24, 2013, a purchase check from a Discover account for $5,500 was deposited into the account. Video stills obtained from SunTrust Bank show JOASEUS making the deposit in a white Mercedes-Benz automobile. A check

4

dated May 24, 2013 for $10,000 payable to Auto America was used as a down payment for the 2011 Mercedes that was titled in JOASEUS's name.

28. On May 31, 2013, video stills obtained from SunTrust Bank show JOASEUS cashing a check for $2,500 payable to KESNER JOASEUS.

29. On June 28, 2013, video stills obtained from SunTrust Bank show JOASEUS cashing a check for $2,000 payable to KESNER JOASEUS.

30. SunTrust, Bremer, and Discover have confirmed losses in excess of $260,000 as a result of this fraud, and actual losses may be higher.

## CONCLUSION

Wherefore, I have probable cause to believe that beginning as early as January 2013 through May 2014, in Palm Beach County, and elsewhere, **Kesner JOASEUS**, did knowingly and willfully commit the offenses of aggravated identity theft in violation of Title 18, United States Code, Section 1028A, access device fraud in violation of Title 18, United States Code, Section 1029(a)(2), and bank fraud in violation of Title 18, United States Code, Section 1344; all of which occurred in the Southern District of Florida.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joseph Wisneski, United States Postal Inspector
United States Postal Inspection Service

Sworn to and subscribed before me this 6th day January, 2016.

_____
HON. DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-8006-DLB

UNITED STATES OF AMERICA

vs.

KESNER JOASEUS,

        Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

BY: _____
    LAUREN E. JORGENSEN
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No. 726885
    500 S. Australian Ave, Ste. 400
    West Palm Beach, Florida  33401
    TEL (561) 820-8711
    FAX (561) 820-8777
    Lauren.Jorgensen@usdoj.gov